IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| DEBRA PORTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 10-7243 |
| | : | |
| T.D. BANK, N.A. *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 14th day of March, 2011, upon consideration of James E. Porter's Motion to Intervene and Request to Be Able to Respond to the Complaint and the Motion to Dismiss (Docket no. 8), the response and reply thereto, and James Porter's Motion to Place James E. Porter on to the Electronic Case Filing (ECF) Account Registration (Docket no. 14), **IT IS HEREBY ORDERED** that the motions are **DENIED** without prejudice to the right of James Porter to file his own action with reference to the alleged billboard easement in a court of appropriate jurisdiction.

    /s William H. Yohn Jr., Judge

    William H. Yohn Jr., Judge