IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA PORTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 10-7243 |
| | : | |
| T.D. BANK, N.A., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 13th day of February, 2012, upon careful consideration of Pardes Group, Inc's motion to strike lis pendens (Document No. 31), plaintiff's response, Pardes Group, Inc.'s reply, and plaintiff's sur-reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the clerk shall **STRIKE** Debra Porter's lis pendens (Document No. 3).

**IT IS FURTHER ORDERED** that the parties shall submit their suggestions for a discovery deadline, summary judgment deadline, and trial date by letter within 10 days of the date hereof.

   /s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge