IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA PORTER, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 10-7243 |
| TD BANK, N.A., *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of August, 2012, upon careful consideration of the motion for summary judgment filed by defendant Pardes Group, Inc. (document no. 71) in which defendant TD Bank, N.A. joins, plaintiff Debra Porter's opposition thereto, and Pardes Group, Inc.'s reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and judgment is **ENTERED** in favor of defendants Pardes Group, Inc. and TD Bank, N.A. and against plaintiff Debra Porter. The clerk shall **CLOSE** this case for statistical purposes.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge