## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DEBRA PORTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 10-7243 |
| | : | |
| TD  BANK, N.A., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 5th day of December 2012, upon careful consideration of plaintiff Debra Porter's motion for reconsideration of the order dated August 27, 2012, granting summary judgment in favor of defendants (Document No.  87), which includes a request to file a second amended complaint and a motion for summary judgment on that proposed filing; defendants' responses thereto; and plaintiff's supplemental praecipe; it is hereby **ORDERED** that the motion for reconsideration is **DENIED** in its entirety. **IT IS FURTHER ORDERED** that plaintiff's motion to vacate the order placing a seal on the oral argument held before the undersigned on June 18, 2012 (Document No. 96) is **GRANTED**, the order of June 20, 2012, is **VACATED**, and the seal is **LIFTED**.

/s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge